1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**
9              **SOUTHERN DISTRICT OF CALIFORNIA**

10   CHARLES RAY CATHY,                    CASE NO. 16cv1256 DMS (WVG)
11                          Plaintiff,     **ORDER (1) ADOPTING REPORT
                                           AND RECOMMENDATION AND
12        v.                               (2) GRANTING PLAINTIFF'S
                                           MOTION TO AMEND**
13   S. MCCAIN, M. MCKINZIE,
     SERGEANT CASTRO, G.
14   HERNANDEZ,
15                        Defendants.

16        On May 25, 2016, Plaintiff Charles Ray Cathy ("Plaintiff"), a state prisoner

17   proceeding *pro se*, filed a Complaint Under the Civil Rights Act 42 U.S.C. § 1983.

18   Plaintiff alleges his constitutional rights were violated while he was housed at Calipatria

19   State Prison.

20        On June 28, 2016, the Court dismissed Plaintiff's Complaint  pursuant to 28

21   U.S.C. § 1915A(b), and gave him forty-five days to file a First Amended Complaint.

22   Plaintiff filed his First Amended Complaint on August 8, 2016, and on August 12,

23   2016, the Court issued an order directing the U.S. Marshal to serve the First Amended

24   Complaint upon Defendants.

25        Subsequent to that order but before service had been effected, Plaintiff filed the

26   present motion requesting leave to correct his First Amended Complaint.  This Court,

27   Magistrate Judge William V. Gallo presiding, construed that motion as a motion for

28   leave to amend the First Amended Complaint.  On September 29, 2016, Judge Gallo

issued a Report and Recommendation ("R&R"), recommending that the Court grant Plaintiff's motion.  No party has filed objections to the R&R, and the time for doing so has expired.

This Court, having reviewed *de novo* the Magistrate Judge's R&R, adopts the R&R in its entirety.  Plaintiff's motion for leave to amend his First Amended Complaint is granted.

**IT IS SO ORDERED**.

DATED:  December 12, 2016

_____
HON. DANA M. SABRAW
United States District Judge